UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CRIMINAL NO. 05-495-01 (DRD) |
| v. : | |
| : | ORDER APPOINTING COUNSEL |
| JOSE DIAZ : | |

This matter having been opened to the Court upon the request of JOSE DIAZ, through the Office of the Federal Public Defender (Louise Arkel, appearing), for an Order by the Court appointing counsel in his 18 U.S.C. § 3582(c) proceedings; and,

this Court having considered the request; and,

after good cause shown;

It is hereby Ordered on this _6th_ day of April, 2009 that the Office of the Federal Public Defender (Louise Arkel, appearing) is appointed to represent Jose Diaz in this matter.

_____
HONORABLE DICKINSON R. DEBEVOISE
United States District Court Judge